**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

    V.

DAVID J. ALLEN

         MJ #  04-11

    Defendant

## APPOINTMENT OF FEDERAL DEFENDER

### CHARLES McGINTY

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **AUGUST 6, 2004** to represent said defendant in this cause until further order of the Court.

                      TONY ANASTAS
                      CLERK OF COURT

        By:    /s/ Maria Simeone
                Courtroom Deputy
                The Honorable Lawrence P. Cohen

DATE: 8/9/04

(Appt Fed def.wpd - 11/98)                                                   [koapptpd.]