AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

USA v. David Allen

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04-11

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Cohen | Connolly | McGinty |
| TRIAL DATE(S) 8/10 | COURT REPORTER | COURTROOM DEPUTY (US) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/10 | | | Witness: Lisa Rudnicki |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.